# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| GEORGETTE SHORRAW, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FREDERICK J. BELL AND ST. JUDE )<br>MEDICAL S.C., INC. d/b/a AMPLATZER )<br>MEDICAL SALES CORPORATION, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 4:13-cv-01992-JMC<br><br>**ORDER**<br>**GRANTING THE PARTIES'**<br>**CONSENT MOTION TO STAY RULE**<br>**26 DEADLINES** |

After considering the Parties' Consent Motion to Stay Rule 26 Deadlines, and for good cause shown, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** that the Rule 26 deadlines in the above matter are hereby stayed for the pending Motions to Remand and Motion to Dismiss.

*J. Michelle Childs*

UNITED STATES DISTRICT JUDGE

September 4, 2013
Greenville, SC.